■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL SIMMONS, Appellant. [998 NYS2d 51]—

Order, Supreme Court, New York County (Juan M. Merchan, J.), entered on or about August 2, 2012, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-c), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure to risk level one (*see People v Gillotti*, 23 NY3d 841 [2014]). Defendant committed a heinous crime against a particularly vulnerable victim, and his point score did not result in an overassessment of his risk to public safety. The victim was both underage and developmentally delayed, and regardless of whether she "consented" to the initial encounter, defendant threatened the use of violence in

order to compel the victim to continue against her will. Concur—Tom, J.P., Friedman, Renwick, Manzanet-Daniels and Kapnick, JJ.